George Hall, Respondent, v. The New York, Chicago and St. Louis Railroad Company, Appellant.— Judgment and order affirmed, with costs. All concurred, except McLennan, P. J., who dissented and voted for reversal on the ground that the plaintiff was guilty of contributory negligence, as matter of law (*Fiddler* v. *N. Y. C. & H. R. R. R. Co.*, 64 App. Div. 95; *Fealey* v. *Bull*, 163 N. Y. 397; *Culhane* v. *N. Y. C. & H. R. R. R. Co.*, 60 id. 133; *Rich* v. *Pennsylvania R. R. Co.*,

* See Laws of 1895, chap. 559, § 13, as amd. by Laws of 1900, chap. 208, and Laws of 1904, chap. 431.— [REP.

112 App. Div. 818), and also on the ground that the finding of the jury that the defendant was guilty of negligence which was the proximate cause of the accident was contrary to and against the weight of the evidence, and Robson, J., not voting.